UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>  )<br>ANGEL BERNARDO ESTRADA-YEPIZ,  )<br>  )<br>  Defendant.  )<br>_____  ) | CASE NO. 3:10-CR-0124-LRH-VPC<br><br>✓ FILED  ___ RECEIVED<br>___ ENTERED  ___ SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>DEC 2 3 2010<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |

ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of the date of this Order. The defendant's "A" number is __A095 131 530__.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), Reno, Nevada.

DATED this __23rd__ day of __December__, 2010.

_____
ROBERT A. McQUAID, JR.,
UNITED STATES MAGISTRATE JUDGE